
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE REYES CASTELAN AND EDUARDO ROMERO LUNA,<br><br>                                         Petitioners,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                                         Respondents. | Case No.:  26cv574-LL-VET<br><br>**ORDER REGARDING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 3]** |

Petitioners Guadalupe Reyes Castelan and Eduardo Romero Luna filed an Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 3 ("Amended Pet."). Petitioners alleged that their detention violates the 8 U.S.C. § 1226(a), the Administrative Procedure Act, Fifth Amendment's Due Process Clause *Id.* They sought a writ of habeas corpus directing Respondents to order an individualized bond hearing or to release them from custody. *Id.* at 13-14.

Respondents filed a Return on February 13, 2026 and have agreed that Petitioners are entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 6. Also, on February 26, 2026, Petitioners filed a Notice of Intervening Law Vacatur of Matter of *Yajure Hurtado* and stated that "Petitioner Eduardo Romero Luna was granted bond in accordance with Respondents' position statement." ECF No. 7 at 2. Petitioners further state that

Petitioner Guadalupe Reyes Castelan had not yet received a bond hearing and that she "is not guaranteed the same outcome." *Id.* Petitioners request that "this Court enter an order directing a full and fair bond hearing as to Petitioner Guadalupe Reyes." *Id.* Accordingly, the Court **DENIES AS MOOT** the Amended Petition as to Eduardo Romero Luna. The Court **GRANTS IN PART** Petitioners' Amended Petition for Writ of Habeas Corpus as to Guadalupe Reyes Castelan and Respondents are **ORDERED** to hold an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than **7 days** from the date of this Order. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

     **IT IS SO ORDERED.**

Dated:  March 2, 2026

Honorable Linda Lopez
United States District Judge

2

26cv574-LL-VET