

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Reyes Castelan; Eduardo
Romero Luna

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.**   26-cv-0574-LL-VET

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES AS MOOT the Amended Petition as to Eduardo Romero Luna. The Court
GRANTS IN PART Petitioners' Amended Petition for Writ of Habeas Corpus as to Guadalupe Reyes
Castelan and Respondents are ORDERED to hold an individualized bond hearing before an
immigration judge pursuant to 8 U.S.C. § 1226(a) no later than 7 days from the date of this Order. This
case is hereby closed.

**Date:**          3/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   26-cv-0574-LL-VET

Respondents:

Kristi Noem
Secretary, Department of Homeland Security;

Todd Lyons
in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;

Pam Bondi
Attorney General of the United States;

J. Archambeault
Director, San Diego Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations;

Jeremy Casey
Warden, Imperial Regional Detention Facility;

Christopher J. Larose
Warden, Otay Mesa Detention Center;

Executive Office for Immigration Review